## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DARNELL KING and | ) | |
| JARMARIUS ERVES, | ) | |
| individually and on behalf of | ) | |
| all similarly situated persons, | ) | CIVIL ACTION |
| | ) | FILE NO. 1:12-CV-00513-TWT |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORPORATE COMMERCIAL | ) | |
| SWEEPING INC. and SHAUN | ) | |
| ALAN AUGELLO, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## <u>NOTICE OF POTENTIAL SETTLEMENT</u>

Plaintiffs Darnell King and Jarmarius Erves and Defendants Corporate

Commercial Sweeping Inc. and Shaun Alan Augello (collectively as the "Parties")

respectfully submit this Notice of Settlement and Joint Motion to Place Case in

Inactive Status.

1.    The Parties have reached a settlement to resolve their dispute, and the

formalized settlement is attached to this Motion as Exhibit A for the Court's

approval.

2.     Pursuant to the terms of the Settlement Agreement, Plaintiffs have agreed to dismiss their claims upon the fulfillment of Defendants' settlement obligation, which will occur on or before January 15, 2014.

3.     Upon consummation of the terms of the settlement, the Parties will dismiss this case.

WHEREFORE, the Parties respectfully request that the Court approve the attached settlement agreement and place this case on inactive status subject to reopening if the terms of the settlement are not fully consummated by January 15, 2014. The Parties file a proposed Order with this Notice.

Respectfully submitted this 24th day of October, 2013.


<table>
<tr><td>

*/s/ David C. Ates*
David C. Ates
Georgia Bar No. 026281
Ates_david@live.com

**DAVID ATES, P.C.**
805 Peachtree St., NE
Suite 613
Atlanta, GA 30308
1230 Peachtree Street, NE
Atlanta Georgia 30309
Telephone:  (404) 382-5324
Facsimile:  (404) 3935082

*Counsel for Defendants*

</td><td>

*/s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com
Paul Chichester IV
Georgia Bar No. 189958
pchichester@buckleyklein.com

**BUCKLEY & KLEIN, LLP**
Promenade II, Suite 900
1230 Peachtree Street N.W.
Atlanta, Georgia  30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

*Counsel for Plaintiffs*

</td></tr>
</table>

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DARNELL KING and | ) | |
| JARMARIUS ERVES, | ) | |
| individually and on behalf of | ) | |
| all similarly situated persons, | ) | CIVIL ACTION |
| | ) | FILE NO. 1:12-CV-00513-TWT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORPORATE COMMERCIAL | ) | |
| SWEEPING INC. and SHAUN | ) | |
| ALAN AUGELLO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24th, 2013, I electronically filed the

NOTICE OF POTENTIAL SETTLEMENT with the Clerk of Court using the

CM/ECF system which will automatically send email notification of such filing to

the following attorneys of record:

David C. Ates

                                 BUCKLEY & KLEIN, LLP

                      By:   s/Edward D. Buckley
                                 Georgia Bar No. 092750
                                 Counsel for Plaintiffs

3