UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARNELL KING and JARMARIUS ERVES, individually and on behalf of all similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CORPORATE COMMERCIAL SWEEPING INC. and SHAUN ALAN AUGELLO,<br><br>　　　　Defendants. | CIVIL ACTION<br>FILE NO. 1:12-CV-00513-TWT |

## ORDER

Having read and APPROVED the Parties' Settlement Agreement, it is hereby ORDERED that this case be ADMINISTRATIVELY CLOSED. This Court shall retain complete jurisdiction to vacate this Order and to reopen the action until the terms of the settlement are fully consummated.

The Clerk of the Court is directed to close this case on January 15, 2014.

SO ORDERED, this 25th day of October, 2013.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE